AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

PAUL JAMES KRYSCUK

RECEIVED OCT 16 2020 U.S. Marshals Service, EDNC

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 7:20-CR-00167-2M(2)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**PAUL JAMES KRYSCUK** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information _____ Complaint

_____ Order of Court: _____ Violation Notice _____ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 371: Conspiracy to Manufacture Firearms and Ship Interstate
Count 2 - 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D) and 2: Interstate Transportation of Firearms Without a License; and Aiding and Abetting
Count 3 - 26 U.S.C. §§§ and 18 U.S.C. § 2: Interstate Transportation of a Firearm Not Registered as Required

Peter A. Moore, Jr.
Name of Issuing Officer

[signature]
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

OCTOBER 15, 2020 - GREENVILLE, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at Boise, ID |

| DATE RECEIVED 10/16/20 | NAME AND TITLE OF ARRESTING OFFICER J. Little, NCIS | NAME AND TITLE OF ARRESTING By S. Bowyer, USMS |
|---|---|---|
| DATE OF ARREST 10/20/20 | | |

FILED
NOV 2 5 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK